US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AUG 1 6 2019

DOUGLAS F. YOUNG, Clerk
By
    Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 5:19CR50079-001 |
| v. | ) | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| | ) | 8 U.S.C. § 1324(a)(1)(A)(v)(I) |
| PAUL PETERSEN | ) | 8 U.S.C. § 1324(a)(1)(B)(i) |
| | ) | 8 U.S.C. § 1324(a)(1)(A)(iv) |
| | ) | 8 U.S.C. § 1324(a)(1)(A)(v)(II) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but at least as early as April 21, 2014, and continuing to on or about March 2, 2015, in the Western District of Arkansas, **PAUL PETERSEN**, did knowingly conspire and agree with other persons known and unknown to the grand jury, to transport and move and attempt to transport and move within the United States, R.M.J., A.T., R.J., and D.J., aliens who had come to, entered, and remained in the United States in violation of law, within the United States by means of transportation or otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

### COUNT TWO

On or about April 21, 2014, in the Western District of Arkansas, **PAUL PETERSEN**, a resident of Mesa, Arizona, aiding and abetting others known and unknown to the grand jury, did encourage and induce an alien, namely, R.M.J., to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the

United States was in violation of law, for the purpose of commercial advantage and private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

### COUNT THREE

On or about October 1, 2014, in the Western District of Arkansas, **PAUL PETERSEN**, a resident of Mesa, Arizona, aiding and abetting others known and unknown to the grand jury, did encourage and induce an alien, namely, A.T., to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law, for the purpose of commercial advantage and private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

### COUNT FOUR

On or about February 20, 2015, in the Western District of Arkansas, **PAUL PETERSEN**, a resident of Mesa, Arizona, aiding and abetting others known and unknown to the grand jury, did encourage and induce an alien, namely, R.J., to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law, for the purpose of commercial advantage and private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

## COUNT FIVE

On or about March 2, 2015, in the Western District of Arkansas, **PAUL PETERSEN**, a resident of Mesa, Arizona, aiding and abetting others known and unknown to the grand jury, did encourage and induce an alien, namely, D.J., to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law, for the purpose of commercial advantage and private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

A True Bill.

/s/*Grand Jury Foreperson*
Grand Jury Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: *Sydney Butler*
Clay Fowlkes
Assistant U. S. Attorney
Arkansas Bar No. 2003191
414 Parker Avenue
Fort Smith, AR  72901
479-783-5125
E-mail Clay.Fowlkes@usdoj.gov