IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) Case No. 5:19-CR-50079-001
)
PAUL PETERSEN )

PETITION AND ORDER FOR WRIT
HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States Attorney for the Western District of Arkansas and for this petition, states:

1. That Paul Petersen, defendant herein, is now confined in the Maricopa County Sheriff's Office, and is being held by the Sheriff thereof.
2. It is requested that said defendant be brought before the United States District Court, Western District of Arkansas, Fayetteville, Arkansas, for proceedings on the charges now pending against him and said defendant then be returned to the above-named institution at the conclusion of all proceedings in the above named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

Sheriff, Maricopa County Sheriff's Office

requiring them to produce the body of the said defendant before this Court, Fayetteville, Arkansas, on October 29, 2019, at 2:00 p.m..

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT - 9 2019

DOUGLAS F. YOUNG, Clerk
By
  Deputy Clerk

By: _____

Duane (DAK) Kees
United States Attorney

Clay Fowlkes
Assistant U.S. Attorney
Arkansas Bar No. 2003191
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125

IT IS SO ORDERED this 9th day of October, 2019.

_____
Honorable Erin L. Wiedemann
Chief United States Magistrate Judge