Kurt M. Altman
Arizona Bar Number 015603
**KURT M. ALTMAN, P.L.C**.
4848 East Cactus Road, Suite 505-102
Scottsdale, Arizona 85254
attorneykaltman@yahoo.com
Phone: (602) 689-5100
Fax:    (602) 368-4512
Attorney for Defendant

**SCOTT C. WILLIAMS (6687)**
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 220-0700
Fax: (801) 364-3232
scwlegal@gmail.com

Raymond L. Niblock, PA
The Niblock Law Firm, PLC
324 N. College Ave.
Fayetteville, AR 72704
479-521-5510 (voice)
479-444-7608 (facsimile)
Raymond@niblocklawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PAUL PETERSEN,<br><br>　　　　　　Defendant. | Case No: CR2019-50079-TLB<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL DATE AND MOTIONS DEADLINE**<br><br>(First Request)<br><br><br>Assigned to Honorable Timothy L. Brooks |

Defendant Paul Petersen, by and through his counsel, Kurt M. Altman, respectfully requests this Court enter an order continuing the current trial setting of December 9, 2019, for approximately 10 months to a time in October 2020 compatible with this Court's calendar.  Additionally, defendant requests that the any motions deadline and scheduling order be continued to dates consistent with the

new trial date. Significant reasons exist to support this request. Mr. Petersen's arraignment took place on October 29, 2019. As this Court is aware, Defendant not only faces criminal allegations in this court, but he has also been indicted by the State of Arizona and the State of Utah. The allegations in all three jurisdictions revolve around Mr. Petersen's adoption law practice in each state. Although the charges in each matter are specific to each jurisdiction, some discovery and witnesses overlap in many respects. To date, undersigned counsel has received approximately 100,000 documents in discovery. Analysis and investigation of the provided discovery is being conducted in earnest. However, the current set of discovery does not complete the disclosure. It is anticipated based on discussions with the assigned Assistant United States Attorneys as well as the prosecutors in both Arizona and Utah, that additional and voluminous discovery documents have yet to be disclosed. Based on information provided by prosecutors, much of that additional disclosure needs to be reviewed by various "taint" teams in order to determine whether the material contains privileged information as these charges arise from the operation of Mr. Petersen's law practice. It is unknown at this time when those taint reviews will be completed by the Government. There is no way to currently anticipate how much additional defense investigation will be required once those documents are produced.

Additionally, the defense investigation into this matter will literally require work in at least three separate states and potentially a foreign nation, the Republic of Marshall Islands. In order to be fully prepared to defend Mr. Petersen or properly advise him as to possible resolution, undersigned counsel must complete the necessary defense investigation in the matter and complete the necessary preparation of the case. All counsel are exercising diligence in this matter however at a minimum this request for continuance to October 2020 is essential to completing those tasks and effectively representing Mr. Petersen.

Finally, undersigned counsel has contacted AUSA Clay Fowlkes, the assigned prosecutor in this matter and attorney Jack Schisler, counsel for co-defendant, both are in agreement with the motion and relief requested therein and have no objections.

For the reasons stated herein, undersigned respectfully requests this Court grant Defendant's Motion to Continue Trial Date and Motions Deadline.

Excludable delay under 18 U.S.C. § 3161(h)(8)(A) may result from this motion.

RESPECTFULLY SUBMITTED this 25th day of November 2019.

**KURT M. ALTMAN, P.L.C.**

*s/ Kurt M. Altman*

KURT M. ALTMAN
SCOTT C. WILLIAMS
RAYMOND L. NIBLOCK
Attorney for Defendant

### CERTIFICATE OF SERVICE

I certify that, on November 25, 2019, I electronically filed this Notice of Appearance with the Clerk of the Court, to be served by operation of the Court's electronic filing system on the attorneys of record.

*s/ Kurt M. Altman*