IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

V.                  **CASE NO. 5:19-CR-50079-001**
                        **CASE NO. 5:19-CR-50079-002**

**PAUL PETERSON and MAKI TAKEHISA**                        **DEFENDANTS**

## ORDER

Before the Court is Separate Defendant Paul Peterson's Motion to Continue Trial Date and Motions Deadline filed November 25, 2019 (Doc. 44). Counsel for Co-Defendant Maki Takehisa (Jack Schisler) and Plaintiff were contacted and have no objection to this continuance.

IT APPEARING to the Court that after a telephone conference with counsel and a review of the pleadings, a continuance is appropriate, it is ORDERED that the Motion be, and it is hereby, **GRANTED**, and the case is reset for a JURY TRIAL to commence at the call of court during its trial term beginning on **FEBRUARY 16, 2021, at 9:00 a.m.** A pretrial conference shall be conducted on **JANUARY 29, 2021, at 9:00 a.m.**

An Amended Pretrial Scheduling Order with revised deadlines will be entered separately.

The Court grants this continuance based on its findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial, because otherwise the defendants' counsel would be denied the reasonable time necessary for effective preparation, taking into account the exercise of

due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The time between the trial date of December 9, 2019, and the reset trial term of February 16, 2021, which potentially extends through March 12, 2021, is excludable for speedy trial purposes. See 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED** this 19th day of December, 2019.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE