IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA											PLAINTIFF

V.					CASE NO. 5:19-CR-50079-001

PAUL PETERSEN												DEFENDANT

## WAIVER OF PERSONAL APPEARANCE

I understand I have the absolute right to appear in person before the Court. After consulting with counsel, however, I choose to waive my right to appear in person for my change of plea hearing and opt instead to appear via video conference.

Date: 6/23/20

_____
Defendant's Signature

_____
Signature of Defendant's Attorney

KURT M. ALTMAN
Printed Name of Defendant's Attorney