Kurt M. Altman
Arizona Bar Number 015603
**KURT M. ALTMAN, P.L.C**.
4848 East Cactus Road, Suite 505-102
Scottsdale, Arizona 85254
attorneykaltman@yahoo.com
Phone: (602) 689-5100
Fax:   (602) 368-4512
Attorney for Defendant

**SCOTT C. WILLIAMS (6687)**
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 220-0700
Fax: (801) 364-3232
scwlegal@gmail.com

Raymond L. Niblock, PA
The Niblock Law Firm, PLC
324 N. College Ave.
Fayetteville, AR 72704
479-521-5510 (voice)
479-444-7608 (facsimile)
Raymond@niblocklawfirm.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL PETERSEN,<br><br>　　　　　Defendant. | Case No: CR2019-50079-TLB<br><br>**NOTICE OF APPEAL**<br><br>Assigned to Honorable Timothy L. Brooks |

Notice is hereby given that Paul Petersen, defendant in the above-entitled action, hereby appeals to the United States court of Appeals for the 8th Circuit from final judgment entered in this action on the 4th day of December 2020 (Dkt #76). Specifically, defendant notices an appeal as to the reasonableness of the sentence imposed.

RESPECTFULLY SUBMITTED this 9th day of December 2020.

        **KURT M. ALTMAN, P.L.C.**

        *s/ Kurt M. Altman*

        _____
        KURT M. ALTMAN
        SCOTT C. WILLIAMS
        RAYMOND L. NIBLOCK
        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that, on December 9, 2020, I electronically filed this Notice of Appearance with the Clerk of the Court, to be served by operation of the Court's electronic filing system on the attorneys of record.

 *s/ Kurt M. Altman*