# TRANSMITTAL SHEET

TO: Clerk, 8th Circuit Ct of Appeals          Date: 12/30/2020

From: Clerk, District Court WD/AR   Fayetteville Division

Appeal No. 20-3569

District Court No. 5:19CR50079

Case Style: USA vs. Paul Petersen

**TRANSMITTED HEREWITH:**

|  | Original file |  | Designated Clerk's Record |
|---|---|---|---|
|  |  |  | Presentence Report |
|  | Transcript: Change of Plea 6/24/2020 |  | Statement of Reasons |
|  | Sentencing 12/1/2020 |  | Sentencing Recommendations |
|  |  |  | (In triplicate) |
|  |  |  | Record sent 12/29/2020 |

EXHIBITS:

| Plaintiffs | Defendants | Joint |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Comments: SENT UPS

**ALL ARE COPIES... NO NEED TO RETURN**